USMS: 92680-509
F.d: 11396744

AO 442 (12/85) Warrant for Arrest

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | WARRANT FOR ARREST |
| vs. | |
| BOBBY KNIGHT | CASE NO. 1:22-cr-0092-3 SCJ |
| AGENT TO ARREST | UNDER SEAL |

To:   The United States Marshal
and any Authorized United States Officer

**YOU ARE HEREBY COMMANDED** to arrest BOBBY KNIGHT and bring him or her forthwith to the nearest magistrate to answer a(n)

[X] Indictment  [ ] Information  [ ] Complaint  [ ] Order of Court  [ ] Violation Notice  [ ] Probation Violation Petition

Charging him or her with (brief description of offense): Knowingly possess with the intent to distribute controlled substances in violation of **Title 21, United States Code, Section(s) 841(a)(1)**

KEVIN P. WEIMER
Name of Issuing Officer

Clerk, U.S. District Court
Title of Issuing Officer

Signature of Issuing Officer

March 17, 2022  at  Atlanta, Georgia
Date and Location

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta
APR 13 2022
KEVIN P. WEIMER, Clerk
By: [signature] Deputy Clerk

Bail Fixed at $_____

By:_____
Name of Judicial Officer

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at:

Hampton, VA

Date Received:  03-17-2022

Date of Arrest:  03-24-2022

Robert Bowers  DUSM
Name and Title of Arresting Officer

_____
Signature of Arresting Officer

AO 442 (12/85) Warrant for Arrest

F.d: 11396744

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA

UNITED STATES OF AMERICA,

vs.

BOBBY KNIGHT

**WARRANT FOR ARREST**

CASE NO. 1:22-cr-0092

**AGENT TO ARREST**

**UNDER SEAL**

To: The United States Marshal and any Authorized United States Officer

**YOU ARE HEREBY COMMANDED** to arrest BOBBY KNIGHT and bring him or her forthwith to the nearest magistrate to answer a(n)

☒ Indictment  ☐ Information  ☐ Complaint  ☐ Order of Court  ☐ Violation Notice  ☐ Probation Violation Petition

Charging him or her with (brief description of offense): Knowingly possess with the intent to distribute controlled substances in violation of Title 21, United States Code, Section(s) 841(a)(1)

KEVIN P. WEIMER
Name of Issuing Officer

Clerk, U.S. District Court
Title of Issuing Officer

[signature]
Signature of Issuing Officer

March 17, 2022 at Atlanta, Georgia
Date and Location

Bail Fixed at $ _____

By: _____
Name of Judicial Officer

---

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at:

Hampton, VA

Date Received: 3-17-22

Date of Arrest: 3-24-22

ROBERT Bowers DUSM
Name and Title of Arresting Officer

[signature]
Signature of Arresting Officer