**MAGISTRATE'S CRIMINAL MINUTES**

**ARRAIGNMENT**
    **PLEA AND**
        **SENTENCE**



Time in Court: _____ Hrs  **10** Min

Filed in Open Court:   Date: 05/09/2022   Time: 2:28 PM   Tape: FTR GOLD

Magistrate (presiding): **LINDA T. WALKER**   Deputy Clerk: **Sonya Coggins**

| | | | |
|---|---|---|---|
| Case Number: | 1:22-CR-0092-SCJ | Defendant's Name: | Bobby Knight |
| AUSA: | Brock Brockington | Defendant's Attorney: | Joe Austin |
| USPO/PTR: | Johnny Alexander | Type Counsel: | ( ) Retained  ( ) CJA  (X) FPD  ( ) Waived |

    ARREST DATE: _____
    INTERPRETER: _____

- [X] INITIAL APPEARANCE HEARING.  (X) In THIS DISTRICT    Dft in custody? (X) Yes  ( ) No
- [X] Defendant advised of right to counsel.   ( ) WAIVER OF COUNSEL filed.
- [X] ORDER appointing Federal Defender Program as counsel.  (X) INITIAL APPEARANCE ONLY.
- [ ] ORDER appointing _____ as counsel.
- [ ] ORDER giving defendant _____ days to employ counsel (cc: served by Mag CRD)
- [ ] Dft to pay attorney fees as follows: _____
- [ ] INFORMATION/COMPLAINT filed.   _____ WAIVER OF INDICTMENT filed.
- [X] Copy **indictment**/information given to dft? (X) Yes  ( ) No    Read to dft? ( ) Yes  ( ) No  (X) Prior to Hrg
- [ ] CONSENT TO TRIAL BEFORE MAGISTRATE (Misd / Petty) offense filed.
- [X] ARRAIGNMENT HELD. ( ) Superseding indictment / information    ( ) Dft's WAIVER of appearance filed.
- [ ] Arraignment continued to _____ at _____ Request of ( ) Govt  ( ) Dft
- [ ] Dft failed to appear for arraignment.   Bench warrant issued _____
- [X] Dft enters PLEA OF NOT GUILTY.  ( ) Dft stood mute; plea of NOT GUILTY entered.  ( ) Waiver of appearance.
- [ ] MOTION TO CHANGE PLEA, and order allowing same.
- [X] ASSIGNED TO JUDGE  STEVE C. JONES  for (X) trial  ( ) arraignment/sentence.
- [X] ASSIGNED TO MAGISTRATE  Linda T. Walker  for pretrial proceedings.
- [X] Estimated trial time: _____ days.   (X) SHORT   ( ) MEDIUM   ( ) LONG
- [ ] PRE-SENTENCE INVESTIGATION filed.  Referred to USPO for PSI and continued until _____ at _____ for sentencing.

ARRAIGNMENT - Pg. 2                              Case No.:
                                                 Defendant:

_____  Government MOTION FOR DETENTION filed. Hearing set for _____ at _____

_____  Temporary commitment issued.

**BOND/PRETRIAL DETENTION HEARING**

_____  BOND / PRETRIAL DETENTION hearing held.

_____  Government MOTION FOR DETENTION ( ) GRANTED   ( ) DENIED   ( ) WITHDRAWN

_____  WRITTEN ORDER TO FOLLOW.

_____  HEARING HELD on motion for reduction / modification of bond.

_____  Motion for reduction / modification of Bond   ( ) GRANTED    ( ) DENIED.

_____  WRITTEN ORDER TO FOLLOW.

_____  BOND SET at _____

_____  Non-surety

_____  Surety   ( ) Cash     ( ) Property     ( ) Corporate surety ONLY

       SPECIAL CONDITIONS: _____

       _____

       _____

       _____

_____  Bond filed; defendant released.

_____  Bond NOT EXECUTED.   Defendant to remain in Marshal's custody.

**WITNESSES:** _____

_____

_____

_____

ARRAIGNMENT - Pg. 2                     Case No.:
                                        Defendant:

**MISC:**        **MAGISTRATE JUDGE'S ORDER**

X

Pursuant to the Due Process Protections Act, the Court confirms the United States' obligation to disclose to the defendant all exculpatory evidence- that is, evidence that favors the defendant or casts doubt on the United States' case, as required by *Brady* v. *Maryland,* 373 U.S. 83 (1963) and its progeny, and ORDERS the United States to do so. The government has a duty to disclose any evidence that goes to negating the defendant's guilt, the credibility of a witness, or that would reduce a potential sentence. The defendant is entitled to this information without a request. Failure to disclose exculpatory evidence in a timely manner may result in consequences, including, but not limited to, exclusion of evidence, adverse jury instructions, dismissal of charges, contempt proceedings, disciplinary action, or sanctions by
the Court.