U.S. Department of Justice
United States Attorney

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA

P L E A (With Counsel)

CRIMINAL NO. 1:22-CR-092

I, Bobby Knight, defendant, having received a copy of the within Indictment, and having been arraigned plead Not Guilty thereto to count 1 thereof.

In Open Court this May 9, 2022.

_____
SIGNATURE (Defense Attorney)

_____
SIGNATURE (Defendant)
Bobby Knight

INFORMATION BELOW MUST BE TYPED OR PRINTED

Phone: 404-688-7530
Bar Number: 176460

Phone: _____

Filed in Open Court by:

_____
(Signature)

_____
Date

Form No. USA-40-19-B
N.D. Ga. 11/8/12